### WATTS ag$^t$ GENT

John Watts assigne of William Green plaint. agt. John Gent Def$^t$ in an action of debt of Six pound four Shillings and five pence due in

fish or mony as appeares by bill bearing date. Septemb$^r$ 16th 1676. under the hand of s$^d$ Gent w$^{th}$ due damages &c. . . . The Jury . . . found for the plaint. Forfiture of the bill & costs of Court on request of the Def$^t$ The Court chancered this Forfiture to Six pound four Shillings and five pence in fish or mony according to bill & costs of Court.

Execucion issued aug$^o$ 25$^o$ 1677.